UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN CRUZ,<br><br>   Plaintiff,<br><br>v.<br><br>DISH NETWORK, LLC,<br><br>   Defendant. | Case No. 1:17-cv-01237-JG<br><br>Honorable James S. Gwin<br><br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | Dated: November 22, 2017 |
| Hyslip & Taylor, LLC, LPA | Benesch, Friedlander, Coplan & Arnoff  LLP |
| By: */s/ Jeffrey S. Hyslip*<br>Jeffrey S. Hyslip, Esq.<br>Ohio Bar No. 0079315<br>1100 W. Cermak Rd., Suite B410<br>Chicago, IL  60608<br>Telephone:  312-380-6110<br>Fax:  312-361-3509<br>jeffrey@lifetimedebtsolutions.com | By: */s/ Eric L. Zalud*<br>Eric L. Zalud, Esq.<br>Ohio Bar No. 0038959<br>200 Public Square, Suite 2300<br>Cleveland, OH  44114<br>Telephone: 216-363-4500<br>Fax: 216-363-4588<br>ezalud@beneschlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon all counsel of record.

*/s/ Jeffrey S. Hyslip*
